IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, individually, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:13-cv-01453 |
| | § | |
| G6 HOSPITALITY PROPERTY LLC, d/b/a MOTEL 6 | § § | |
| | § | |
| Defendant. | § | |
| | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismiss with prejudice Plaintiff's Complaint, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**TRAVIS & CALHOUN, P.C.**

/s/ Eric G. Calhoun
ERIC G. CALHOUN
Texas Bar No. 03638800
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
(972) 934-4100  Telephone
(972) 934-4101  Facsimile
eric@travislaw.com

Kathryn Christine Palamountain
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002-2797
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
cpalamountain@seyfarth.com

## **Certificate of Service**

  I hereby certify that on the 16th day of December, 2013, opposing counsel of record was served with a copy of this document via the Court's ECF system.

                /s/ *Eric G. Calhoun*_____
                Eric G. Calhoun